03 - 23094

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV - HUCK

RICHARD DELEON

     Plaintiff,         CIV. ACTION:

vs.

MAGISTRATE JUDGE
TURNOFF

**COMPLAINT FOR
PATENT INFRINGMENT**

HOME PRODUCTS INTERNATIONAL
INC.; KMART Corporation;
and JOHN DOES 1-10

     Defendants
_____/

     PLAINTIFF, RICHARD DELEON, sues DEFENDANT, HOME PRODUCTS

INTERNATIONAL, INC., KMART CORPORATION; and JOHN DOES 1-10 and states as follows:

## JURISDICTION AND VENUE

     1.     This is an action for injunctive and other relief under the Federal Patent Act, 35 U.S.C.

Section 101, *et seq.* for design patent infringement.

     2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 1338(a).

     3.     Venue is proper under 28 U.S.C. 1400(b), 28 U.S.C. 1391(b) and 1391 (c)

in that the wrongful acts committed by Defendant occurred in or originated from the Southern District of

Florida.

     4.     Plaintiff, RICHARD DELEON, is an individual residing in Miami-Dade

County, Florida.

     5.     Defendant, HOME PRODUCTS INTERNATIONAL, INC. (hereinafter HPI)., is a

corporation which manufactures a combined toothbrush and toothpaste holder (hereinafter "Holder") which

is sold in the Southern District of Florida and is the subject of this litigation.    This product was produced

sometime beginning in 2002.    A copy of the Holder is attached as EX. A.

     6.     Defendant- KMART CORPORATION and JOHN DOES 1-10 are retailers who have

stores in the Southern District of Florida which sell and/or offer for sale the Holder.

     7.     Plaintiff developed a unique and ornamental design for a combined toothpaste pump and



toothbrush holder.

8.      Plaintiff applied for a U.S. Patent for said design which resulted in the issuance of U.S. Patent No. Des. 306,811 ("the 811 patent") duly and properly to Plaintiff in 1990.  <u>Exhibit B.</u>

9.      Long since the issuance of the 811 patent, Defendant-HPI commenced the manufacture, distribution in commerce, and/or sale of the Holder which is substantially similar and confusingly similar to Plaintiff's design appearing in the 811 patent.

10.     Defendant-HPI's Holder is so similar to the design appearing in the 811 patent that an ordinary consumer, seeing the Holder and the 811 patent for the first time, would purchase one believing it to be the other.

11.     The use by Defendant-HPI of the design of its Holder is without the consent, license, or permission of Plaintiff.

12.     All Defendants have infringed and are now infringing the claims of the 811 patent by making, using, and/or selling the Holder.

13.     All Defendants' aforesaid acts constitute infringement of the 811 Patent in violation of the Patent Act, 35 U.S.C. 271.

14.     Defendants' aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, Plaintiff will continue to suffer great and irreparable injury.

15.     Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff prays that:

a.      This Court will adjudge that the 811 patent has been infringed as a direct and proximate result of the acts of Defendants as set forth in this Complaint in violation of Plaintiff's rights under the Patent Act, 35 U.S.C. з101, *et seq.*

b.      All Defendants, and all officers, directors, agents, servants, employees, attorneys, successors, and assigns, and all persons in active concert or participation therewith, be preliminarily and permanently enjoyed and restrained from using any design substantially similar or confusingly similar to the design shown in the 811 patent;

c.      All Defendants be required to deliver up for destruction all Holders in their possession or control which infringe on the 811 patent.

d.      All Defendants be directed to file with this Court and to serve upon Plaintiff within thirty (30) days after service of the injunction issued in this action, a written report under oath, under oath, setting forth in detail the manner of compliance with the above.

e.      Plaintiff recover all of Defendants' profits arising from all of Defendants' acts of patent infringement and that the Court enter judgment, in addition to the amount of the recovery based on profits or damages, for such sum as the Court shall find to be just, and in addition to the amount of actual damages found, such sums shall be in an amount three (3) times the amount of the actual damages found.

g.      Plaintiff have and recover, pursuant to the laws of the State of Florida, in addition to his actual damages, punitive damages in an amount which the Court deems just and proper.

h.      Plaintiff have and recover both prejudgment and post-judgment interest on each and every damage award.

i.      Plaintiff have and recover his reasonable attorney's fees incurred in this action.

j.      Plaintiff have and recover its taxable costs and disbursements herein.

k.      Plaintiff have other and such further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a jury trial on all triable issues herein.

Dated: November 20, 2003

_____
GREGG GOLDFARB, ESQ.
Attorney for Plaintiff
Fla. Bar No.: 0987123
19 West Flagler Street
Miami, Florida 33130
Tel.:     305.371.2538
Fax:     305.539.9432

# United States Patent [19]

DeLeon

[11] Patent Number: Des. 306,811

[45] Date of Patent: ♦♦ Mar. 27, 1990

[54] COMBINED TOOTHPASTE PUMP AND TOOTHBRUSH HOLDER

[76] Inventor: Richard A. DeLeon, 17120 SW. 94 Ave., #402, Miami, Fla. 33157

[**] Term: 14 Years

[21] Appl. No.: 932,482

[22] Filed: Nov. 18, 1986

[52] U.S. Cl. .......................... D6/531; D6/524; D6/527

[58] Field of Search .................... D6/524, 527-528, D6/531, 534-535; 211/118-119, 112-113, 13, 60.1, 65-66, 74-75, 86-87; 248/110, 311.2, 312.1

[56] References Cited

### U.S. PATENT DOCUMENTS

D. 62,369  5/1923  Balmer .............................. D6/531

| D. 154,464 | 7/1949 | Day ............................ | D6/531 |
|---|---|---|---|
| D. 239,799 | 5/1976 | Fontelas ...................... | D6/531 |
| D. 278,586 | 4/1985 | Thompson .................... | D6/531 |

Primary Examiner—Wallace R. Burke
Assistant Examiner—Brian N. Vinson
Attorney, Agent, or Firm—Malin, Haley & McHale

## [57] CLAIM

The ornamental design for a combined toothpaste pump and toothbrush holder, as shown and described.

## DESCRIPTION

FIG. 1 is a top plan view of a combined toothpaste pump and toothbrush holder showing my new design;

FIG. 2 is a right side elevation view thereof, with the left side being a mirror image;

FIG. 3 is a rear elevational view thereof;

FIG. 4 is a front elevational view thereof;

FIG. 5 is a bottom plan view thereof; and

FIG. 6 is a perspective view thereof.







FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



FIG. 6

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

*Richard Deleon*

**DEFENDANTS**

*Home Products International Kraut Corporation*

CIV-HUCK

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *Miami Dade (Dade)*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE
*Dade 03CJ23094 /PCH/Turnoff*

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

*Gregg Goldfarb, Esq.*

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: ⟨DADE⟩, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF (For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | A OR B |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

*35 US C § 101*

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE *11/24/03*

SIGNATURE OF ATTORNEY OF RECORD *Gregg Noel Goldfarb*  *$150.00  892441*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE *11/24/03*